**DISMISS and Opinion Filed May 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00143-CV

**JACKIE LYN TAYLOR, L.V.N. FORMER EMPLOYEE OF BROOKDALE SENIOR LIVING PLANO, Appellant**

**V.**

**SHERRIE SAMARI, INDIVIDUALLY AND AS HEIR TO AND REPRESENTATIVE OF THE ESTATE OF FRANK ALLEN PONATH, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-02029-2018**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Whitehill

Before the Court is appellant's May 20, 2019 unopposed motion to dismiss this appeal.

We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a).


/Bill Whitehill/
BILL WHITEHILL
JUSTICE

190143F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JACKIE LYN TAYLOR, L.V.N.
FORMER EMPLOYEE OF BROOKDALE
SENIOR LIVING PLANO, Appellant

No. 05-19-00143-CV        V.

SHERRIE SAMARI, INDIVIDUALLY
AND AS HEIR TO AND
REPRESENTATIVE OF THE ESTATE
OF FRANK ALLEN PONATH, Appellees

On Appeal from the 199th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 199-02029-2018.
Opinion delivered by Justice Whitehill,
Justices Partida-Kipness and Pedersen, III
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered May 22, 2019